GIODVAD GRELL, Respondent, v. INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order, so far as appealed from, unanimously affirmed, with $10 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of WINSTON O'KEEFE, as Commander of Duncan-Paris Post No. 1422, The American Legion, et al., on Behalf of Said Post and All Other Members Thereof, Appellants, against THE AMERICAN LEGION et al., Respondents.— Material allegations of the petition are denied in the answer and the reply denies other material matters pleaded as defenses. Under such circumstances the issues so raised should have been tried and the motion should not have been disposed of on the pleadings. Order unanimously reversed, without costs, and the matter remitted for trial. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ANNA L. BARRY, Appellant, v. MARY A. ROLLAND, Defendant, and WILLIAM GUNN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ARTISTS ALLIANCE, INC., Respondent, v. GABRIEL PASCAL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between OPTICAL SERVICE, INC., Affiliated with OPTICAL MEMBERSHIP PLAN, INC., Respondent, and PETER F. CALLERY, as President of United Optical Workers Union, Local 208, C.I.O., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of a Plan for the Readjustment of the Rights of Holders of Investments in Mortgages Covering Premises 353-355 WEST 85TH STREET, BOROUGH OF MANHATTAN, Guaranteed by Lawyers Mortgage Company. (Mortgage No. 17977.) HARRY STITZ, Appellant; CHEMICAL BANK & TRUST COMPANY, as Trustee, Respondent.— Order and decree unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

INTER-TRADE ASSOCIATES, LTD., Appellant, v. PLAYBOY MOTOR CAR CORPORATION, Respondent.— Order unanimously modified, with $20 costs and disbursements to the appellant by reducing the undertaking on attachment to the sum of $10,000. Upon compliance by plaintiff with this modification, the attachment is restored to the sum of $43,755. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of 470 PARK AVENUE CORPORATION, Appellant, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents.— As it appears that it is practically impossible to make the alterations in question while the tenant occupies the apartment, the order appealed from is unanimously reversed, without costs, and the matter remitted to the Temporary City Housing Rent Commission of the City of New York to take further proceedings and action according to law. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application for the Issuance of Subpoenas Directed to JOHN R. TOPLIFFE and Others. RUSSELL T. BAILEY, Appellant; RANDOLPH H. LEE, Respondent.— Order unanimously affirmed, with $20 costs and disburse-